IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1,** *Plaintiff,* <br><br> v. <br><br> **JUVENAL RIVERA, JR. and MARCY RIVERA,** *Defendants.* | § § § § § § § § § § | **NO. 1:25-CV-826-ADA-ML** |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane regarding Plaintiff's Motion for Default Judgment (Dkt. 10). Dkt. 11. The report recommends Plaintiff's Motion for Default Judgment (Dkt. 10) be **GRANTED IN PART and DENIED IN PART**. Specifically, the report recommends that default judgment be entered against Defendants an declaratory judgment entered in Plaintiff's favor, and Plaintiff's request for attorney's fees be **DENIED WITHOUT PREJUDICE**. The Report and Recommendation was filed September 24, 2025. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 8, 2025. Dkt. 12. Plaintiff specifically only objected to the report's recommendation of denying without prejudice Plaintiff's motion for attorney's fees. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

The Court has reviewed Plaintiff's argument that Western District Local Rule CV-54 requires motions for attorneys' fees and bills of costs be filed after judgment is entered. Local Rule CV-54(b)(1). The Court finds that is correct, and that Plaintiff should file that motion within fourteen days of this Order being entered. This denial is without prejudice to refiling Plaintiff's motion, so Plaintiff may seek attorneys' fees in accordance with the procedure set forth in Western District Local Rules.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane, Dkt. 10, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 10) is **GRANTED IN PART and DENIED IN PART.**

**IT IS ALSO ORDERED** that Default Judgment is entered against Defendants.

**IT IS ALSO ORDERED THAT:**

    1. Plaintiff is the owner and holder of the Note, with standing to enforce the Deed of Trust;

    2. The following are secured by the Deed of Trust on the property:

        (a) the outstanding balance of the Note,

        (b) pre-judgment interest, and

(c) post-judgment interest from the date of judgment until paid; and

3. Plaintiff may proceed with non-judicial foreclosure of the property

**IT IS FINALLY ORDERED** that Plaintiff's request for attorneys' fees and costs is **DENIED WITHOUT PREJUDICE**.

**SIGNED** on October 9, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE