UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE OF BOSCO CREDIT II TRUST SERIES 2010-1,<br>    *Plaintiff,*<br><br>v.<br><br>JUVENAL RIVERA, JR. and MARCY RIVERA,<br>    *Defendants.* | § § § § § § § § § § § § § § | Case No. 1: 25-CV-00826 |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 16. The report and recommendation examined Plaintiff's Motion for Attorney Fees (Dkt. 14) and recommended the undersigned **GRANT** the Motion and also award Plaintiff costs as laid out in Plaintiff's Bill of Costs (Dkt. 15). Judge Lane issued the report and recommendation on November 3, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the

magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 16) is **ADOPTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Attorneys' Fees (Dkt. 13) is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have and recover its attorneys' fees in the amount of $2,780.00 and its paralegals' fees in the amount of $950.00, totaling $3,730.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall be awarded $760.95 in costs, as laid out and supported in Dkt. 15.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that these fees and costs will not be a personal judgment against Defendants, but solely recoverable as a further obligation owed by the Defendants under the Note and Deed of Trust.

**SIGNED** on December 10, 2025.

/s/ Alan D Albright
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE